UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**MARIELLA A. RAMIREZ,**
    Petitioner,

v.                                                                7:21-cv-882-CLM-JHE

**WARDEN CHAD GARRETT,**
    Respondent.

## MEMORANDUM OPINION

    The Magistrate Judge entered a report, recommending that the court grant the respondent's motion for summary dismissal (doc. 7) and dismiss this petition for a writ of habeas corpus without prejudice. (Doc. 9). The petitioner hasn't filed any objections.

    After considering the record and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will grant the respondent's motion for summary dismissal (doc. 7) and dismiss the petition without prejudice. The court will enter a final judgment that carries out this ruling.

    **Done** on April 1, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE